No. 94–6123. ANDERSON v. MAKEL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–6131. SEATON-EL v. ATTORNEY GRIEVANCE COMMISSION. Sup. Ct. Mich. Certiorari denied.

No. 94–6137. C. B. v. VERMONT DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES. Sup. Ct. Vt. Certiorari denied.

No. 94–6140. RAY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–6148. STERLING v. HAWLEY ET AL. (two cases). C. A. 6th Cir. Certiorari denied.

No. 94–6150. CALL v. CARLSON ET AL. Ct. App. Minn. Certiorari denied.

No. 94–6158. DEMPSEY v. TURNER BROADCASTING SYSTEM ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6160. CRANNELL v. CRANNELL. Sup. Ct. Vt. Certiorari denied.

No. 94–6168. HENDRIX v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–6176. RUSHER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6178. PHILLIPS v. MARYLAND ET AL. Ct. App. Md. Certiorari denied.

No. 94–6213. IRELAN v. UNITED STATES; and
No. 94–6282. PEDRAZA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–6217. DORRI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6222. GREEN v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 94–6229. TODD v. WALL, WARDEN. C. A. 5th Cir. Certiorari denied.